# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | |
|---|---|
| **CARLOS MADRID,** <br> *Plaintiff* <br><br> **v.** <br><br> **GENERAL MOTORS, LLC,** <br> *Defendant* | § <br> § <br> § <br> §     **Case No. 1:24-CV-00098-RP** <br> § <br> § <br> § <br> § <br> § |

## O R D E R

Plaintiff Carlos Madrid filed this action against Defendant General Motors, LLC on January 30, 2024. Dkt. 1. Plaintiff served Defendant on February 6, 2024. Dkt. 4. By Text Order issued May 28, 2024, this Court granted Defendant an extension of time to file its Answer. Defendant did not file its Answer by the June 28, 2024 deadline, and to date, it has not appeared in this action.

When a party fails to timely plead or defend, it may be held in default. FED. R. CIV. P. 55(a). If a defendant is in default, the Court may require the plaintiff to move for entry of default and default judgment. W.D. TEX. LOC. R. CV-55. Accordingly, **IT IS ORDERED** that Plaintiff either (a) move for entry of default against Defendant or (b) file a status report on or before **August 2, 2024**.

**SIGNED** on July 18, 2024.

_____
SUSAN HIGHTOWER
UNITED STATES MAGISTRATE JUDGE

1